IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00616-RPM

KATHLEEN McGUIRE-MANN,

        Plaintiff,

v.

NAKED JUICE COMPANY, INC.,
a California corporation,

        Defendant.

---

## ORDER OF DISMISSAL

---

        The defendant on August 21, 2007, filed a motion to dismiss this civil action under Fed.R.Civ.P. 12(b)(1) and (6) and to compel arbitration, attaching a copy of an arbitration agreement, signed by the plaintiff.  The plaintiff filed an opposition based on her contention that the arbitration agreement was not signed by the defendant, her employer, and is therefore is not enforceable and on the ground that her contention concerning spoliation of evidence could not be raised in arbitration proceedings.  The plaintiff is in error on both points.  Accordingly, it is

        ORDERED that this civil action is dismissed and the plaintiff shall proceed to arbitration in accordance with the arbitration agreement.

        Dated: September 25th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge